UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CYRIL DANIELS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DETROIT, et al.,<br><br>Defendants. | Case No. 24-cv-11956<br><br>Honorable Robert J. White |

**STIPULATED JUDGMENT AND ORDER TO DISMISS CASE**

This matter coming before the Court after acceptance of offers of judgment under Rule 68, **IT IS HEREBY ORDERED:**

1. This action is dismissed with prejudice and without costs and attorney fees to any party.
2. This order resolves the last pending claim and closes the case.

SO ORDERED.

Dated: October 13, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**

/s/ Zachary T. Runyan w/permission
ZACHARY T. RUNYAN P83671
RUNYAN LAW GROUP
Attorneys for Plaintiff
31211 Jefferson Avenue
St. Clair Shores, MI 48082
(248) 341-0794
zrunyan@runyanlawgroup.com

/s/ Christopher Michels
Christopher K. Michels P83156
City of Detroit Law Department
Attorney for Defendants
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 224-2696
Christopher.michels@detroitmi.gov